25-mc-0012

### IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 3068 Disciplinary Docket No. 3 |
| Petitioner | : | No. 62 DB 2024 |
| v. | : | Attorney Registration No. 59610 |
| | : | (Northampton County) |
| RONNIE LOUIS CREAZZO, | : | |
| Respondent | : | |

### ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2024, upon consideration of the Recommendation of the Disciplinary Board, Respondent's Petition for Review, and the Office of Disciplinary Counsel's reply, Ronnie Louis Creazzo is placed on temporary suspension until further action by this Court. *See* Pa.R.D.E. 208(f)(5). He shall comply with the provisions of Pa.R.D.E. 217.

    This Order constitutes an imposition of public discipline. *See* Pa.R.D.E. 402(c)(3) (providing an exception to the confidentiality requirement of Rule 402 when "an order of temporary suspension from the practice of law is entered by the Court pursuant to Enforcement Rule 208(f)").

A True Copy Nicole Traini
As Of 12/30/2024

Attest: *Nicole Traini*
Chief Clerk
Supreme Court of Pennsylvania



Jesse G. Hereda
Executive Director

Dana C. Belella
Assistant Director

Marcee D. Sloan
Board Prothonotary

--------------------------

Laura K. Mohney
Counsel to the Board

Kimberly M. Henderson
Special Counsel

## THE DISCIPLINARY BOARD OF THE SUPREME COURT OF PENNSYLVANIA

Pennsylvania Judicial Center
601 Commonwealth Avenue, Suite 5600
PO Box 62625
Harrisburg, PA 17106-2625
(717) 231-3380
www.padisciplinaryboard.org

Members of the Board
John C. Rafferty, Jr.
*Board Chair*
Gretchen A. Mundorff
*Board Vice-Chair*
David S. Senoff
* Celeste L. Dee
Robert J. Mongeluzzi
Shohin H. Vance
Joshua M. Bloom
Laura E. Ellsworth
Gaetan J. Alfano
Catherine R. O'Donnell
* Joshua F. Wilson
Bryan S. Neft

* *Non-Lawyer Member*

FAX (717) 231-3381

December 30, 2024

Ronnie Louis Creazzo
765 Washington Street
Easton, PA 18042

RE: Office of Disciplinary Counsel
v. RONNIE LOUIS CREAZZO (Northampton County)
No. 3068 Disciplinary Docket No. 3
No. 62 DB 2024
Attorney Registration No. 59610         Admitted 6/9/1992

Dear Mr. Creazzo:

The Prothonotary of the Supreme Court of Pennsylvania has forwarded to us a certified copy of the Order of that Court dated December 30, 2024 (copy enclosed), that "...Ronnie Louis Creazzo is placed on temporary suspension until further action by this court....", such action to take effect thirty days from the date of the Order.

For your guidance, compliance and information, I am enclosing the following:

1. Standard Guidance of the Disciplinary Board to Lawyers who have been Suspended Under Rules 208(f) and 214 Pa.R.D.E.
2. Rule 217 of the Pa.R.D.E.
3. Form DB-23, Nonlitigation Notice of Disbarment, Suspension or Transfer to Inactive Status.
4. Form DB-24, Litigation Notice of Disbarment, Suspension or Transfer to Inactive Status.
5. Form DB-25, Statement of Compliance.

You are now required to comply with the Pennsylvania Rules of Disciplinary Enforcement and Disciplinary Board Rules as enclosed herewith.

Very truly yours,

Marcee D. Sloan
Board Prothonotary

MDS/mlb
Enclosures

Cc: Andrea Tuominen, Court Administrator of Pennsylvania
    Ms. Kathryn P. Morgan, Executive Director, PA Lawyers Fund for Client Security
    Hon. Craig A. Dally, P.J., Court of Common Pleas, Northampton County
    Leigh Ann Fisher, Clerk of Courts, Court of Common Pleas, Northampton County
    J. Jermaine Greene, District Court Administrator, Court of Common Pleas, Northampton County
    Peter Welsh, Clerk, U.S. District Court Middle District
    Terrence S. Miller, Clerk, U.S. Bankruptcy Court, Middle District of PA
    George Wylesol, Clerk, U.S. District Court, Eastern District of Pennsylvania
    Timothy B. McGrath, Clerk, U.S. Bankruptcy Court, Eastern District of Pennsylvania
    Brandy S. Lonchena, Clerk, U.S. District Court, Western District of PA
    Michael Rhodes, U.S. Bankruptcy Court, Western District of Pennsylvania
    Thomas J. Farrell, Chief Disciplinary Counsel
    Jennifer E. Tobias, Office of Disciplinary Counsel
    Mark F. Gilson, Office of Disciplinary Counsel